IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Century Indemnity Company, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Allianz S.p.A., as successor to Riunione Adriatica di Sicurta, S.p.A., a/k/a Adriatic Insurance Company<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 05890-CMR |

## STIPULATION TO DISMISS

Plaintiffs Century Indemnity Company and TIG Insurance Company, and defendant Allianz S.p.A., as successor to Riunione Adriatica di Sicurta, S.p.A., a/k/a Adriatic Insurance Company, hereby stipulate and agree that this matter be dismissed, with prejudice, and with each party to bear its own costs and expenses.

CENTURY INDEMNITY COMPANY                ALLIANZ S.P.A., as successor to Riunione
                                         Adriatica di Sicurta, S.p.A., a/k/a Adriatic
                                         Insurance Company


BY:  /s/ Lawrence A. Serlin              BY:  /s/ Susan Simpson Brown
　　　Lawrence A. Serlin, Esq.                  Susan Simpson Brown, Esq.
　　　SIEGAL & PARK                             KOCH & DEMARCO, LLP
　　　533 Fellowship Rd., Suite 120             101 Greenwood Avenue
　　　Mt. Laurel, NJ  08054                     Jenkintown, PA  19046


Dated:  April 2, 2013